Jared Allebest, #13485
Attorney for Plaintiffs
8978 South Quarry Stone Way
Sandy, UT 84094
Cell: (949) 322-3991
Videophone: (801) 204-9055
Email: Jared@Allebest.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH SCHOOLS FOR THE DEAF AND THE BLIND, an organization, JEAN MASSIEU SCHOOL OF THE DEAF, an organization, Utah Association of The Deaf, an organization and Roes I-X<br><br>Plaintiffs,<br><br>vs.<br><br>FRANK MACK, an individual, SOUTHERN UTAH UNIVERSITY, an organization, UTAH SHAKESPEARE FESTIVAL, an organization, and ROES I-X<br><br>Defendants. | DECLARATION OF MICHELLE TANNER<br><br>Civil No. 2:19-cv-00733-PMW<br><br>Judge Paul M. Warner<br><br>Jury Trial Requested |

Michelle Tanner, being duly sworn, deposes and states as follows:

1. I am the Associate Superintendent for the Deaf at the Utah Schools for the Deaf and Blind.

2. USDB/JMS has been competing at the annual Shakespeare Competition hosted by the Utah Shakespeare Festival (USF) and watching the performances at USF from professional actors for the last seven (7) years.

3. During that time the Utah Shakespeare Competition provided an ASL interpreter for these professional performances until last fall 2018.

4. At that time USF informed us that they had made a decision to no longer provide any ASL interpreters and that they would only provide "live captioning" as an

1

accommodation for deaf and hard of hearing individuals.

5. We disputed this back and forth and then finally, USF/SUU agreed to pay us up to $1,000 for providing interpreters at the performances; which is what occurred.

6. This year on August 19th, when we requested our tickets for the performance of Hamlet on October 4th at 9 am, they informed us they would not provide ASL interpreters nor compensate us again.

7. On September 20th, I met with four members from the USF, including Frank Mack, hoping that we could resolve this dispute by explaining the need for this accommodation for the deaf and hard of hearing students. Frank was adamant that he felt live captioning was sufficient and that if I disagreed, he encouraged USDB to sue him.

8. Afterward, I received an email from Michael Bahr (Frank Mack was cc'd) stating the following: "Michelle, I am grateful that I got a chance to meet you on Friday. I am thrilled that the students from the School for the Deaf will be participating in the Shakespeare Competition. In regard to the Hamlet performance, the Festival will not be providing ASL interpreters for the Hamlet performance on Sept. 4th. We have placed your students at the front of the theatre in proximity to the stage and provided a space and lighting for interpreters. You will need to bring your own interpreters. We can provide closed captioning for this performance. We would need to know as soon as possible if you desire closed captioning so we can contract those providers. Thank you, Michael Bahr Education Director Utah Shakespeare Festival." (See Exhibit #1)

9. The Status Quo is SUU/USF providing interpreters and their refusal to do so from this point on is a deviation from that status quo.

10. Without a preliminary injunction the Plaintiffs will not be afforded effective communication in order to access and enjoy the October 4th, 2019 performance of Hamlet at the Utah Shakespeare Festival. The students at USDB and/or JMS are attending the event to further their education while the other members of the Utah Deaf and hard of hearing community are there to enjoy one of history's greatest playwrights. Not having an ASL interpreter at the play puts Plaintiffs at a disadvantage, when compared to similarly situated patrons who are not Deaf, by reason of their disability.

11. This will result in the irreparable harm to the student's educational activities in seeing the Shakespeare play in their native language, but it will irreparably harm the Utah Deaf and hard of hearing community's ability to enjoy the play along with their nondisabled peers.

12. Providing ASL interpreters will not only satisfy the ADA/Section 504 requirements to provide effective communication, it will dovetail with the longstanding history and tradition within the Deaf community of seeing Shakespeare's plays performed in ASL.

13. Fifteen (15) deaf students and two (2) deaf adults from USDB/JMS are currently en route

to the Utah Shakespeare Festival and there still has been no ASL interpreter secured for the performance of Hamlet for the students to enjoy.

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the foregoing document was served this 3rd day of October 2019, by hand delivering it to the following individuals at the follow address:


Lieutenant Governor's Office
Utah State Capitol Complex
Suite 220
P.O. Box 142325
Salt Lake City, Utah 84114-2325

Utah Republican Party
117 E. South Temple Street
Salt Lake City, UT 84111

Utah County Republican Party
P.O. Box 1964
Orem, UT 84059

             /s/: Jared Allebest_____
             Jared Allebest, #13485
             Attorney for Plaintiff
             8978 South Quarry Stone Way
             Sandy, UT 84094
             Cell: (949) 322-3991
             Videophone: (801) 204-9055
             Email: Jared@Allebest.com

# Exhibit #1



Jared Allebest <jared.allebest@gmail.com>

## Fwd: Hamlet, Sept. 4th
1 message

**Michelle Tanner** <michellet@usdb.org>  Wed, Oct 2, 2019 at 6:34 PM
To: Jared Allebest <jared.allebest@gmail.com>

Letter from USF refusing services.

Michelle Tanner
Associate Superintendent of the Deaf | Utah Schools for the Deaf and Blind
(801)903-2831 Video phone | (801)629-4711 Voice

---------- Forwarded message ---------
From: **Michael Bahr** <bahr@bard.org>
Date: Mon, Sep 23, 2019 at 10:40 AM
Subject: Hamlet, Sept. 4th
To: <michellet@usdb.org>
Cc: <mack@bard.org>

Michelle,

I am grateful that I got a chance to meet you on Friday. I am thrilled that the students from the School for the Deaf will be participating in the Shakespeare Competition. In regards to the Hamlet performance, the Festival will not be providing ASL interpreters for the Hamlet performance on Sept. 4th. We have placed your students at the front of the theatre in proximity to the stage and provided a space and lighting for interpreters. You will need to bring your own interpreters. We can provide closed captioning for this performance. We would need to know as soon as possible if you desire closed captioning so we can contract those providers.

Thank you,

Michael Bahr
Education Director
Utah Shakespeare Festival
Sent from my iPhone
Sent from my iPhone