Jared Allebest, #13485
Attorney for Plaintiffs
8978 South Quarry Stone Way
Sandy, UT 84094
Cell: (949) 322-3991
Videophone: (801) 204-9055
Email: Jared@Allebest.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH SCHOOLS FOR THE DEAF AND THE BLIND, an organization, JEAN MASSIEU SCHOOL OF THE DEAF, an organization, UTAH ASSOCIATION OF THE DEAF, an organization and Roes I-X<br><br>Plaintiffs,<br><br>vs.<br><br>FRANK MACK, an individual, SOUTHERN UTAH UNIVERSITY, an organization, UTAH SHAKESPEARE FESTIVAL, an organization, and ROES I-X<br><br>Defendants. | PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE<br><br>Civil No. 2:19-cv-00733-PMW<br><br>Judge Clark Waddoups |

Pursuant to rule 41(A)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that they are dismissing this action without prejudice. The Defendants have not filed an Answer or a motion for summary judgment and therefore, a dismissal without a court order is proper.

Date: October 4, 2019

Jared Allebest

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of October, 2019, I delivered a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** by electronic notice and/or First Class U.S. Mail, Postage Prepaid, to all interested parties, including:

Utah Shakespeare Festival
351 W. Center Street
Cedar City, UT 84720

Meb W. Anderson
**Utah Attorney General's Office**
Assistant Attorney General
Southern Utah University
351 West University Blvd.
Bennion Administration Building, Suite 111
P.O. Box 8700
Cedar City, Utah 84720